

Proskauer≫  Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

August 16, 2019

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *James Greene, et al. v. Kabbalah Centre International, Incorporated, et al.*,
        E.D.N.Y. Docket No. 19-cv-4304 (ILG)(SJB)

Dear Judge Glasser:

We represent Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; and Spirituality For Kids International, Inc. in the above-referenced matter.  We write to request an extension of time for Defendants to answer, move, or otherwise respond to the Complaint from August 19, 2019 through August 23, 2019, to and including September 23, 2019.

In addition, pursuant to Your Honor's Individual Rules, the parties propose the following briefing schedule for the filing of any motion in lieu of an answer:

- September 23, 2019 – Deadline for Defendants to file a motion in lieu of an answer
- November 4, 2019 – Deadline for Plaintiffs to file their opposition or to amend their complaint
- November 25, 2019 – Deadline for Defendants to file their reply to Plaintiffs' opposition or to respond to any amended complaint

As reflected in the enclosed Stipulation, which was filed separately by ECF today, Plaintiffs consent to this request for an extension and to the proposed briefing schedule.

No previous request for an extension has been made.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

**Proskauer**》

Elise M. Bloom
August 16, 2019
Page 2

Enclosure

cc:    All Counsel of Record (By ECF)
       Jonathan P. Bach (By email)
       John D. Cline (By email)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated, | No. 19-cv-4304 (ILG)(SJB) |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that:

1. The time within which Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; Spirituality For Kids International, Inc.; and Karen Berg, Yehuda Berg, and Michael Berg (collectively, "Defendants") may move, answer, or otherwise respond to the Complaint is hereby extended from August 19, 2019 through August 23, 2019, to and including September 23, 2019;

1

2. In the event that any of Defendants files a motion in lieu of an answer, Plaintiffs James Greene, Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, Einat Ezra Michaeli, and Yifat Shmilovich (collectively, "Plaintiffs") will have to and including November 4, 2019 to file their opposition or to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2); and

3. Defendants will have to and including November 25, 2019 to file their reply to Plaintiffs' opposition or to respond to any amended complaint.

There has been no previous request for an extension of time in connection with this matter. Facsimile or electronic signatures on this Stipulation are hereby deemed originals. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants hereby expressly reserve, any and all defenses.

Dated: New York, New York
       August 15, 2019

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

 /s/ Deborah H. Renner
Deborah H. Renner
Shira Lauren Feldman
Claiborne R. Hane
Abbye R. Klamann Ognibene

277 Park Avenue, 45th Floor
New York, NY 10172
Phone:  (212) 484-9866
Fax:  (646) 968-4125
drenner@piercebainbridge.com
sfeldman@piercebainbridge.com
chane@piercebainbridge.com
aognibene@piercebainbridge.com

*Attorneys for Plaintiffs James Greene, Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, Einat Ezra Michaeli, and Yifat Shmilovich*

PROSKAUER ROSE LLP

 /s/ Elise M. Bloom
Elise M. Bloom
Steven D. Hurd
Pinchos N. Goldberg

Eleven Times Square
New York, New York 10036
Phone:  (212) 969-3000
Fax:  (212) 969-2900
ebloom@proskauer.com
shurd@proskauer.com
pgoldberg@proskauer.com

*Attorneys for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah*

2

*Centre of New York, Incorporated;*
*The Kabbalah Centre of Florida, Inc.;*
*Kabbalah Children's Academy;*
*Kabbalah Enterprises, Incorporated;*
*KAF Investments, LLC; 501 N. La*
*Cienega, LLC; and Spirituality For*
*Kids International, Inc.*

SHAPIRO ARATO BACH LLP                    LAW OFFICE OF JOHN D. CLINE


 */s/ Jonathan P. Bach*                        */s/ John D. Cline*
Jonathan P. Bach                           John D. Cline

500 Fifth Avenue, 40th Floor               One Embarcadero Center, Suite 500
New York, New York 10110                   San Francisco, California 94111
Phone:  (212) 257-4880                     Phone:  (415) 662-2260
Fax: (212) 202-6417                        Fax: (415) 662-2263
jbach@shapiroarato.com                     cline@johndclinelaw.com

*Attorneys for Defendants Karen Berg*       *Attorneys for Defendant Yehuda*
*and Michael Berg*                          *Berg*


Dated:  Brooklyn, New York           **SO ORDERED:**
        _____ __, 2019

                                     _____
                                     HON. I. LEO GLASSER
                                     UNITED STATES SENIOR DISTRICT JUDGE

3