UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG,<br><br>Defendants. | No. 19-cv-4304 (ILG)(SJB)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that:

1. The time within which Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; Spirituality For Kids International, Inc.; and Karen Berg, Yehuda Berg, and Michael Berg (collectively, "Defendants") may move, answer, or otherwise respond to the Complaint is hereby extended from August 19, 2019 through August 23, 2019, to and including September 23, 2019;

1

2. In the event that any of Defendants files a motion in lieu of an answer, Plaintiffs James Greene, Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, Einat Ezra Michaeli, and Yifat Shmilovich (collectively, "Plaintiffs") will have to and including November 4, 2019 to file their opposition or to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2); and

3. Defendants will have to and including November 25, 2019 to file their reply to Plaintiffs' opposition or to respond to any amended complaint.

There has been no previous request for an extension of time in connection with this matter. Facsimile or electronic signatures on this Stipulation are hereby deemed originals. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants hereby expressly reserve, any and all defenses.

Dated: New York, New York
       August 15, 2019

| | |
|---|---|
| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP | PROSKAUER ROSE LLP |
| /s/ Deborah H. Renner | /s/ Elise M. Bloom |
| Deborah H. Renner<br>Shira Lauren Feldman<br>Claiborne R. Hane<br>Abbye R. Klamann Ognibene | Elise M. Bloom<br>Steven D. Hurd<br>Pinchos N. Goldberg |
| 277 Park Avenue, 45th Floor<br>New York, NY 10172<br>Phone: (212) 484-9866<br>Fax: (646) 968-4125<br>drenner@piercebainbridge.com<br>sfeldman@piercebainbridge.com<br>chane@piercebainbridge.com<br>aognibene@piercebainbridge.com | Eleven Times Square<br>New York, New York 10036<br>Phone: (212) 969-3000<br>Fax: (212) 969-2900<br>ebloom@proskauer.com<br>shurd@proskauer.com<br>pgoldberg@proskauer.com |
| *Attorneys for Plaintiffs James Greene, Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, Einat Ezra Michaeli, and Yifat Shmilovich* | *Attorneys for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah* |

2

*Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; and Spirituality For Kids International, Inc.*

| | |
|---|---|
| SHAPIRO ARATO BACH LLP | LAW OFFICE OF JOHN D. CLINE |
| /s/ Jonathan P. Bach | /s/ John D. Cline |
| Jonathan P. Bach | John D. Cline |
| 500 Fifth Avenue, 40th Floor | One Embarcadero Center, Suite 500 |
| New York, New York 10110 | San Francisco, California 94111 |
| Phone: (212) 257-4880 | Phone: (415) 662-2260 |
| Fax: (212) 202-6417 | Fax: (415) 662-2263 |
| jbach@shapiroarato.com | cline@johndclinelaw.com |
| *Attorneys for Defendants Karen Berg and Michael Berg* | *Attorneys for Defendant Yehuda Berg* |

Dated: Brooklyn, New York
_____ \_\_, 2019

**SO ORDERED:**

_____
HON. I. LEO GLASSER
UNITED STATES SENIOR DISTRICT JUDGE