UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG,<br><br>      Defendants. | No. 19-cv-4304 (ILG)(SJB)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

To the Clerk of this Court and all parties of record:

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; and Spirituality For Kids International, Inc. (collectively, "the Organizational Defendants"), discloses as follows:

1

- Kabbalah Centre International, Incorporated is a Nonprofit Religious Corporation organized under the laws of the State of California.  It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

- Kabbalah Centres of the United States, Incorporated is a Nonprofit Religious Corporation organized under the laws of the State of California.  It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

- Kabbalah Centre of New York, Incorporated is a Not For Profit Corporation organized under the laws of the State of New York.  It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

- The Kabbalah Centre of Florida, Inc. is a Not For Profit Corporation organized under the laws of the State of Florida.  It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

- Kabbalah Children's Academy (currently named International Children's Academy) is a Nonprofit Religious Corporation organized under the laws of the State of California.  It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

- Kabbalah Enterprises, Incorporated is a Stock Corporation organized under the laws of the State of California.  It is wholly owned by Kabbalah Centre International, Incorporated, and no publicly held corporation owns more than 10% of its stock.

- KAF Investments, LLC is a Limited Liability Company organized under the laws of the State of California. It is wholly owned by Kabbalah Enterprises, Incorporated, and no publicly held corporation owns more than 10% of its stock.

- 501 N. La Cienega, LLC is a Limited Liability Company organized under the laws of the State of California. It is wholly owned by Kabbalah Enterprises, Incorporated, and no publicly held corporation owns more than 10% of its stock.

- Spirituality For Kids International, Inc. is a Nonprofit Public Benefit Corporation organized under the laws of the State of California. It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
September 23, 2019

        Respectfully submitted,

        PROSKAUER ROSE LLP

        /s/ *Elise M. Bloom*
        Elise M. Bloom
        Steven D. Hurd
        Pinchos N. Goldberg
        Samantha R. Manelin

        Eleven Times Square
        New York, New York 10036-8299
        (T) 212.969.3000
        (F) 212.969.2900
        ebloom@proskauer.com
        shurd@proskauer.com
        pgoldberg@proskauer.com
        smanelin@proskauer.com

        *Attorneys for the Organizational Defendants*