# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JAMES GREENE, ET AL ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-04304-ILG-SJB |
| KABBALAH CENTRE INT'L INC., ET AL ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS .

Date: 10/03/2019

/s/ Theodore J. Folkman
*Attorney's signature*

Theodore J. Folkman (PHV admitted)
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
One Liberty Square, 13th Floor
Boston, MA 02109

*Address*

tfolkman@piercebainbridge.com
*E-mail address*

(617) 313-7401
*Telephone number*

(617) 313-7837
*FAX number*