**PIERCE BAINBRIDGE**

Theodore J. Folkman
Partner
One Liberty Square, 13th Floor
Boston, MA 02109
tfolkman@piercebainbridge.com
(617) 229-5415

**VIA ECF**

November 8, 2019

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Greene, et al. v. Kabbalah Centre International, Incorporated, et al.*,
        19-cv-4304 (ILG) (SJB)

Dear Judge Glasser:

We represent Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Individual Rules, the parties propose the following briefing schedule for the filing of a motion in lieu of an answer to the Amended Complaint:

| | |
|---|---|
| Deadline for Defendants to file a motion in lieu of an answer: | **November 25, 2019** |
| Deadline for Plaintiffs to file an opposition to a motion in lieu of an answer: | **December 23, 2019** |
| Deadline for Defendants to file a reply to Plaintiffs' opposition: | **January 20, 2020** |

Defendants consent to this proposed briefing schedule. Enclosed is a Stipulation agreed to by all parties, filed concurrently with this request.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Theodore J. Folkman*
Theodore J. Folkman

Enclosure
cc:   Counsel for All Defendants (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG,<br><br>Defendants. | No. 19-cv-4304 (ILG)(SJB)<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION IN LIEU OF AN ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that:

1. The deadline for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; Spirituality For Kids International, Inc.; and Karen Berg, Yehuda Berg, and Michael Berg (collectively, "Defendants") to move, answer, or otherwise respond to the Amended Complaint is no later than November 25, 2019;

1

2. If any Defendant files a motion in lieu of an answer, the deadline for Plaintiffs James Greene, Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, Einat Ezra Michaeli, and Yifat Shmilovich (collectively, "Plaintiffs") to file an opposition is no later than December 23, 2019; and

3. The deadline for Defendants to file a reply to Plaintiffs' opposition is no later than January 20, 2020.

Facsimile or electronic signatures on this Stipulation are hereby deemed originals.  No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants hereby expressly reserve, any and all defenses.

Dated: New York, New York
November 8, 2019

| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP | PROSKAUER ROSE LLP |
|---|---|
| */s/ Theodore J. Folkman* | */s/ Elise M. Bloom* |
| Theodore J. Folkman | Elise M. Bloom |
| One Liberty Square, 13th Floor | Steven D. Hurd |
| Boston, MA 02109 | Pinchos N. Goldberg |
| Telephone: (617) 229-5415 | Eleven Times Square |
| Fax: (617) 313-7837 | New York, NY 10036 |
| tfolkman@piercebainbridge.com | Telephone: (212) 969-3000 |
| | Fax: (212) 969-2900 |
| Shira Lauren Feldman | ebloom@proskauer.com |
| Claiborne R. Hane | shurd@proskauer.com |
| 277 Park Avenue, 45th Floor | pgoldberg@proskauer.com |
| New York, NY 10172 | |
| Telephone: (212) 484-9866 | Samantha R. Manelin |
| Fax: (646) 968-4125 | One International Place |
| sfeldman@piercebainbridge.com | Boston, MA 02110 |
| chane@piercebainbridge.com | Telephone: (617) 526-9746 |
| | smanelin@proskauer.com |
| Matthew P. Rand | |
| 355 S. Grand Avenue, 44th Floor | *Attorneys for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; and Spirituality for Kids International, Inc.* |
| Los Angeles, CA 90071 | |
| Telephone: (213) 262-9333 | |
| Fax: (213) 279-2008 | |
| mrand@piercebainbridge.com | |
| | |
| *Attorneys for Plaintiffs and the Proposed Collective and Class* | |

**SHAPIRO ARATO BACH LLP**

*/s/ Jonathan P. Bach*
Jonathan P. Bach
Philip W. Young

500 Fifth Avenue, 40th Floor
New York, New York 10110
Phone: (212) 257-4880
Fax: (212) 202-6417
jbach@shapiroarato.com
pyoung@shapiroarato.com

*Attorneys for Defendants Karen Berg and Michael Berg*

**LAW OFFICE OF JOHN D. CLINE**

*/s/ John D. Cline*
John D. Cline

One Embarcadero Center, Suite 500
San Francisco, California 94111
Phone: (415) 662-2260
Fax: (415) 662-2263
cline@johndclinelaw.com

*Attorneys for Defendant Yehuda Berg*

Dated: Brooklyn, New York
_____, 2019

**SO ORDERED:**

_____
HON. I. LEO GLASSER
UNITED STATES SENIOR DISTRICT JUDGE