UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG, <br><br> Defendants. | No. 19-cv-4304 (ILG)(SJB) <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION IN LIEU OF AN ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that:

1. The deadline for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; Spirituality For Kids International, Inc.; and Karen Berg, Yehuda Berg, and Michael Berg (collectively, "Defendants") to move, answer, or otherwise respond to the Amended Complaint is no later than November 25, 2019;

1

2. If any Defendant files a motion in lieu of an answer, the deadline for Plaintiffs James Greene, Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, Einat Ezra Michaeli, and Yifat Shmilovich (collectively, "Plaintiffs") to file an opposition is no later than December 23, 2019; and

3. The deadline for Defendants to file a reply to Plaintiffs' opposition is no later than January 20, 2020.

Facsimile or electronic signatures on this Stipulation are hereby deemed originals. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants hereby expressly reserve, any and all defenses.

Dated: New York, New York
      November 8, 2019

| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP | PROSKAUER ROSE LLP |
|---|---|
| */s/ Theodore J. Folkman* <br> Theodore J. Folkman <br> One Liberty Square, 13th Floor <br> Boston, MA 02109 <br> Telephone: (617) 229-5415 <br> Fax: (617) 313-7837 <br> tfolkman@piercebainbridge.com <br><br> Shira Lauren Feldman <br> Claiborne R. Hane <br> 277 Park Avenue, 45th Floor <br> New York, NY 10172 <br> Telephone: (212) 484-9866 <br> Fax: (646) 968-4125 <br> sfeldman@piercebainbridge.com <br> chane@piercebainbridge.com <br><br> Matthew P. Rand <br> 355 S. Grand Avenue, 44th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 262-9333 <br> Fax: (213) 279-2008 <br> mrand@piercebainbridge.com <br><br> *Attorneys for Plaintiffs and the Proposed Collective and Class* | */s/ Elise M. Bloom* <br> Elise M. Bloom <br> Steven D. Hurd <br> Pinchos N. Goldberg <br> Eleven Times Square <br> New York, NY 10036 <br> Telephone: (212) 969-3000 <br> Fax: (212) 969-2900 <br> ebloom@proskauer.com <br> shurd@proskauer.com <br> pgoldberg@proskauer.com <br><br> Samantha R. Manelin <br> One International Place <br> Boston, MA 02110 <br> Telephone: (617) 526-9746 <br> smanelin@proskauer.com <br><br> *Attorneys for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; and Spirituality for Kids International, Inc.* |

3

SHAPIRO ARATO BACH LLP  LAW OFFICE OF JOHN D. CLINE

/s/ Jonathan P. Bach  /s/ John D. Cline
Jonathan P. Bach  John D. Cline
Philip W. Young

500 Fifth Avenue, 40th Floor  One Embarcadero Center, Suite 500
New York, New York 10110  San Francisco, California 94111
Phone: (212) 257-4880  Phone: (415) 662-2260
Fax: (212) 202-6417  Fax: (415) 662-2263
jbach@shapiroarato.com  cline@johndclinelaw.com
pyoung@shapiroarato.com

*Attorneys for Defendant Yehuda Berg*

*Attorneys for Defendants Karen Berg and Michael Berg*

Dated: Brooklyn, New York  SO ORDERED:
11 / 12, 2019

_____
HON. I. LEO GLASSER
UNITED STATES SENIOR DISTRICT JUDGE

4