

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 13, 2019

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *James Greene, et al. v. Kabbalah Centre International, Incorporated, et al.*, E.D.N.Y. Docket No. 19-cv-4304 (ILG)(SJB)

Dear Judge Glasser:

We represent Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; and Spirituality For Kids International, Inc. in the above-referenced matter.

We write, with the consent of all parties, regarding the Stipulation and Order that was so-ordered by the Court yesterday (Doc. No. 47). The Stipulation and Order sets a briefing schedule for Defendants to respond to the Amended Complaint, which culminates in a January 20, 2020 deadline for Defendants to file a reply in further support of their anticipated motions in lieu of an answer. However, we recently realized that January 20, 2020 is Martin Luther King Jr. Day, and our firm will be closed that day in observance of the federal holiday. Accordingly, and out of an abundance of caution, we respectfully request that the deadline for Defendants to file their reply briefs be extended to the following business day, January 21, 2020.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel of Record (By ECF)

**SO ORDERED:**

_____
HON. I. LEO GLASSER
UNITED STATES SENIOR DISTRICT JUDGE