UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG,<br><br>Defendants. | No. 19-cv-4304 (ILG)(SJB)<br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Elise M. Bloom, Esq. with the exhibits annexed thereto, and all of the prior pleadings and proceedings in this action, Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; Spirituality for Kids International, Inc.; Karen Berg, Michael Berg and Yehuda Berg (collectively, "Defendants"), through their respective undersigned counsel, will move this Court, before the Honorable I. Leo Glasser, United States District Judge, on such date as the Court will

1

determine, at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4: (i) compelling Plaintiffs Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, and Yifat Shmilovich (the "Arbitration Plaintiffs") to arbitrate their claims pled in the Amended Complaint; and (ii) dismissing this action as to the Arbitration Plaintiffs because all of their claims are subject to arbitration.

Dated: New York, New York
November 25, 2019

| PROSKAUER ROSE LLP | SHAPIRO ARATO BACH LLP |
|---|---|
| /s/ Elise M. Bloom | /s/ Jonathan P. Bach |
| Elise M. Bloom | Jonathan P. Bach |
| Steven D. Hurd | |
| Pinchos N. Goldberg | 500 Fifth Avenue, 40th Floor |
| Samantha R. Manelin | New York, New York 10110 |
| | (T) 212.257.4880 |
| Eleven Times Square | (F) 212.202.6417 |
| New York, New York 10036 | jbach@shapiroarato.com |
| (T) 212.969.3000 | |
| (F) 212.969.2900 | *Attorneys for Defendants* |
| ebloom@proskauer.com | *Karen Berg and Michael Berg* |
| shurd@proskauer.com | |
| pgoldberg@proskauer.com | |
| smanelin@proskauer.com | |

*Attorneys for Defendants Kabbalah Centre International, Incorporated; Kabbalah Centres of the United States, Incorporated; Kabbalah Centre of New York, Incorporated; The Kabbalah Centre of Florida, Inc.; Kabbalah Children's Academy; Kabbalah Enterprises, Incorporated; KAF Investments, LLC; 501 N. La Cienega, LLC; and Spirituality for Kids International, Inc.*

2

LAW OFFICE OF JOHN D. CLINE

<u>*/s/ John D. Cline*</u>
John D. Cline

50 California Street, Suite 1500
San Francisco, California 94111
(T)  415.662.2260
(F)  415.662.2263
cline@johndclinelaw.com

*Attorneys for Defendant
Yehuda Berg*