UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG,<br><br>    Defendants. | MOTION FOR WITHDRAWAL OF APPEARANCE<br><br>No. 19-cv-4304 |

  **PLEASE TAKE NOTICE** that Melissa Giger hereby respectfully requests permission to withdraw her appearance as counsel on behalf of Plaintiffs James Greene, Jennifer Shaal, Ofer Shaal, Jake Stone, Guy Shoshan, Einat Ezra Michaeli, and Yifat Shmilovich in the above-captioned action. Pierce Bainbridge Beck Price & Hecht LLP will continue to appear as counsel on behalf of Plaintiffs in this action. No delay in the progress of this action will result from this withdrawal, and the undersigned is not asserting a relating or charging lien in this action.

| | |
|---|---|
| Dated: March 30, 2020<br>New York, New York | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**<br><br>/s/ Melissa Giger<br>Melissa Giger<br>277 Park Avenue, 45th Floor<br>New York, NY 10172<br>Telephone: (646) 829-9444<br>Fax: (646) 968-4125<br>mgiger@piercebainbridge.com<br><br>*Attorneys for Plaintiffs and the Proposed Collective and Class* |