UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE, JENNIFER SHAAL, OFER SHAAL, JAKE STONE, GUY SHOSHAN, EINAT EZRA MICHAELI, and YIFAT SHMILOVICH, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>KABBALAH CENTRE INTERNATIONAL, INCORPORATED; KABBALAH CENTRES OF THE UNITED STATES, INCORPORATED; KABBALAH CENTRE OF NEW YORK, INCORPORATED; THE KABBALAH CENTRE OF FLORIDA, INC.; KABBALAH CHILDREN'S ACADEMY; KABBALAH ENTERPRISES, INCORPORATED; KAF INVESTMENTS, LLC; 501 N. LA CIENEGA, LLC; SPIRITUALITY FOR KIDS INTERNATIONAL, INC.; and KAREN BERG, YEHUDA BERG, and MICHAEL BERG,<br><br>  Defendants. | No. 19-cv-4304 (ILG)(SJB) |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF COURT:**

  **PLEASE TAKE NOTICE** that Kathryn Lee Boyd and Shira Lauren Feldman, counsel for all Plaintiffs in the above-captioned matter, are no longer affiliated with Pierce Bainbridge Beck Price & Hecht LLP. Ms. Boyd and Ms. Feldman are now affiliated with the law firm Hecht Partners LLP, located at 125 Park Avenue, 25th Floor New York, NY 10017, tel. (212) 851-6821. Ms. Boyd and Ms. Feldman will remain as counsel for all Plaintiffs in the above-captioned matter. The law firm of Pierce Bainbridge Beck Price & Hecht LLP will not remain as counsel for Plaintiffs.

<table>
<tr><td>Dated: May 19, 2020<br>New York, New York</td><td>Respectfully submitted,<br><br>_____<br>Kathryn Lee Boyd<br>Shira Lauren Feldman<br>Hecht Partners LLP<br>125 Park Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 851-6821<br>lboyd@hechtpartners.com<br>sfeldman@hechtpartners.com<br><br>*Attorneys for Plaintiffs and the Proposed Collective and Class*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to registered participants identified on the Notice of Electronic Filing, and paper or electronic copies will be delivered to those indicated as non-registered participants on May 19, 2020.

*/s/ Kathryn Lee Boyd*
Kathryn Lee Boyd