UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GREENE ET AL., <br><br> *Plaintiffs.* <br><br> vs. <br><br> KABBALAH CENTRE INTERNATIONAL, INCORPORATED, ET AL., <br><br> *Defendants.* | **NOTICE OF WITHDRAWAL OF APPEARANCE** <br><br> Docket No: 19-cv-4304 |

**PLEASE NOTE** the withdrawal of the appearance of Philip W. Young, formerly associated with Shapiro Arato Bach LLP, as counsel for Defendants Karen Berg and Michael Berg. Defendants Karen Berg and Michael Berg will continue to be represented by Jonathan P. Bach of Shapiro Arato Bach LLP.

Dated: July 14, 2020
       New York, NY

SHAPIRO ARATO BACH LLP

/s/ Jonathan P. Bach
Jonathan P. Bach
500 Fifth Avenue, 40th Floor
New York, New York, 10110
Telephone: (212) 257-4897
Fax: (212) 202-6417
jbach@shapiroarato.com

*Counsel for Defendants*
*Karen Berg and Michael Berg*