FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 07 2022 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES GREENE, ET AL.,

              Plaintiffs,                          JUDGMENT
                                                          19-CV-4304-ILG-SJB

      v.

KABBALAH CENTRE INTERNATIONAL,
INCORPORATED, ET AL.,

              Defendants.
-------------------------------------------------------------X

A Memorandum and Order of United States Magistrate Judge Sanket J. Bulsara, having been filed on September 1, 2022, granting Defendants' motion to compel arbitration; granting Defendants' motion to compel arbitration; dismissing Greene's claims with prejudice, *E.g., Cajero Torres*, 2021 WL 2158017, at *6; dismissing Michaeli's FLSA claims with prejudice; dismissing their state law claims without prejudice to renewal for lack of jurisdiction; it is

ORDERED and ADJUDGED that Defendants' motion to compel arbitration is granted; that Defendants' motion to dismiss is also granted; that Greene's claims are dismissed with prejudice, *E.g., Cajero Torres*, 2021 WL 2158017, at *6; that Michaeli's FLSA claims are also dismissed with prejudice; that their state law claims are dismissed without prejudice to renewal for lack of jurisdiction; and that this case is closed.

Dated: Brooklyn, New York                         Brenna B. Mahoney
       September 6, 2022                                 Clerk of Court

                                                        By:   */s/Jalitza Poveda*
                                                                  Deputy Clerk